588

Circuit Court of Appeals for the Second Circuit granted. *Mr. Robert P. Beyer* for petitioner. *Mr. S. John Block* for respondent.

Nos. 316, 317, and 318. UNITED STATES *v.* DUBILIER CONDENSER CORP. October 17, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit granted. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Alexander Holtzoff* and *Paul D. Miller* for the United States. *Messrs. James H. Hughes, Jr., John B. Brady,* and *E. Ennalls Berl* for respondent.

No. 335. WILBUR, SECRETARY OF THE INTERIOR, *v.* UNITED STATES EX REL. CHESTATEE PYRITES & CHEMICAL CORP. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia granted. *Solicitor General Thacher* for petitioner. *Messrs. Marion Smith, Edgar Watkins, Mac Asbill,* and *Edgar Watkins, Jr.,* for respondent.

No. 319. UNITED STATES *v.* ACME OPERATING CORP. ET AL. October 17, 1932. Petition for writ of certiorari to the Court of Claims granted. *Solicitor General Thacher* for the United States. *Messrs. Addison C. Burnham, Albert T. Gould, Charles H. Bradley, Walter B. Howe, Alfred P. Lowell,* and *John Walsh* for respondents.

No. 346. UNION BANK & TRUST CO. *v.* PHELPS. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Alabama granted. *Messrs. William B.*

*White* and *John S. Coleman* for petitioner. *Mr. Thomas E. Knight, Jr.,* for respondent.

No. 359. Rocco, Executrix, *v.* Lehigh Valley R. Co. October 17, 1932. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. Clayton R. Lusk* and *Abraham W. Feinberg* for petitioner. *Messrs. Howard Cobb* and *Harold E. Simpson* for respondent.

No. 379. Pennsylvania R. Co. *v.* Chamberlain, Administratrix. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. Roscoe H. Hupper, Frederic D. McKenney,* and *Morton L. Fearey* for petitioner. *Mr. Sol Gelb* for respondent.

No. 330. McDonnell *v.* United States; and

No. 331. Truda *v.* Same. October 24, 1932. Petitions for writs of certiorari to the Court of Claims granted limited to the question of the validity of the waiver under § 278(e) of the Revenue Act of 1924. *Mr. Robert Ash* for petitioners. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour, H. Brian Holland,* and *Erwin N. Griswold* for the United States.

No. 364. St. Louis Southwestern Ry. Co. *v.* Missouri Pacific R. Co. October 24, 1932. Petition for writ of certiorari to the Supreme Court of Arkansas granted. *Messrs. Harold R. Small* and *Arthur L. Adams* for petitioner. *Messrs. Robert E. Wiley* and *Edward J. White* for